O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARCUS MARCELL McCOWEN,                )        CASE NO. CV 08-08455 AG (RZ)
                                       )
                    Petitioner,        )
                                       )        ORDER ACCEPTING FINDINGS AND
          vs.                          )        RECOMMENDATIONS OF UNITED
                                       )        STATES MAGISTRATE JUDGE
PEOPLE,                                )
                                       )
                    Respondent.        )
                                       )

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge.  Petitioner has not filed any written objections to the Report.  The Court accepts the findings and recommendations of the Magistrate Judge.

DATED:  March 30, 2010


                                       _____
                                              ANDREW J. GUILFORD
                                       UNITED STATES DISTRICT JUDGE