**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS MARCELL McCOWEN,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>PEOPLE,<br><br>　　　　　Respondent. | CASE NO. CV 08-08455 AG (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of MARCUS MARCELL McCOWEN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed.

DATED: March 30, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE